IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
OCT 23 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

Derek R. Williams
_____
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Christy R. Little, Judge
Jennifer C. Covellis, Magistrate
of Juvenile Court

(Enter above the full name of the defendant
or defendants in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs: _____
                     _____

         Defendants: _____
                     _____

      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

-1-

Revised 4/18/08

II. Place of Present Confinement: Madison County Jail
   A. Is there a prisoner grievance procedure in the institution?  Yes (✓) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (✓) No ( )
   C. If your answer is Yes:
      1. What steps did you take? Filed a request about how things were handled.
      2. What was the result? Nothing
   D. If your answer is No, explain why not: Because anybody hardly answers request or grievance within the facility.

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Derek R. Williams
      Address 181 Ozier Rd. Pinson, TN 38366

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Christy R. Little is employed as Juvenile Court, Judge
      at Juvenile Court of Madison County
   C. Additional Defendants: Jennifer C. Covellis Juvenile Court Magistrate

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   The Defendant listed above had stated, she technically had no jurisdiction over my case. But considering I was incarcerated in Madison County Jail, I was either going to pay a $1,000 are serve a 120 Days. Because I was already in there custody.

V.  Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I just want what just and for them not to do what is wrong. If the world would do more wright there wouldn't be all this craziness. And to be truthful I don't know what to ask for.

VI.  Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __19th__ day of __Oct.__, 20__23__.

Derek R. Williams
Derek R. Williams
(Signature of Plaintiff/Plaintiffs)