```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION


DEREK R. WILLIAMS,           )
                             )
     Plaintiff,              )
                             )
v.                           )    No. 2:23-cv-1232-SHM-tmp
                             )
CHRISTY LITTLE, et al.,      )
                             )
     Defendants.             )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order docketed on January 24, 2024.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| January 24, 2024 | WENDY R. OLIVER |
| DATE | CLERK |
| | |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |